WILLIAM H. CLARK, Appellant, *v.* CHARLES T. POOR, Impleaded, etc., Respondent.*

(Argued January 14, 1895; decided January 22, 1895.)

THIS was a motion to dismiss an appeal from a judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 20, 1893, which dismissed the complaint and reversed final and interlocutory judgments in favor of plaintiff, entered upon a decision of the court on trial at Special Term, and directed judgment in favor of defendant.

*Larned, Warren & Knapp* for motion.

*Redfield & Redfield* opposed.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed. _____

_____

* Reported below, 73 Hun, 143.